Jeffrey A. Kent, SBN 71468
Anthony Taketa, SBN 109442
POINDEXTER & DOUTRÉ, INC.
One Wilshire Building
624 South Grand Avenue
Suite 2420
Los Angeles, California 90017-3325
Telephone: (213) 628-8297
Facsimile: (213) 488-9890

Laurie S. Fulton (*pro hac vice*)
Robert J. Shaughnessy (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNIFER HARRINGTON, et al.,
    Plaintiffs,
v.

CHOICEPOINT INC. et al.,
    Defendants.

WILLIAM WILSON, et al.,
    Plaintiffs,
v.

CHOICEPOINT INC.,
    Defendant.

Case No. CV 05-1294 MRP (JWJx)
[Consolidated with Case Nos. CV05 01683, CV05 1993, CV05 2016, CV06 01870]

**STIPULATION FOR DISMISSAL OF ALL ACTIONS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY STIPULATED by and between Plaintiffs Jennifer Harrington, Jessica Seymour, Travis Salladay, Charles Slavin, Evelyn O'Keeffe, Johnny Cloy, William Wilson, Paul Pagliaro, and Linda Kay Johns (collectively "Plaintiffs") and Defendants ChoicePoint Inc., ChoicePoint Public Records Inc., ChoicePoint Services Inc., and ChoicePoint WorkPlace Solutions Inc. (collectively "ChoicePoint"), that this action be dismissed in its entirety with prejudice. Each party shall bear its own costs and attorney's fees.

SO STIPULATED:

_____
Robert M. Bramson, Esq.
Daniel E. Birkhaeuser, Esq.
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Counsel for plaintiffs Travis Salladay,
Evelyn O'Keeffe and Charles Slavin

_____
Matthew Righetti, Esq.
John Glugoski, Esq.
RIGHETTI & WYNNE PC
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Counsel for plaintiffs Jennifer Harrington
and Jessica Seymour

Todd M. Schneider / RMB w/authority
_____
Todd M. Schneider, Esq.
Joshua Konecky, Esq.
Elisa P. Laird, Esq.
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Counsel for plaintiff Johnny Cloy

Peter Binkow / PMG w/authority
_____
Peter Binkow
GLANCY BINKOW & GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Counsel for plaintiff Eileen Goldberg

2

*[signature]* 6/5/07

Patrick A. Klingman, Esq.
SHEPHERD FINKELMAN
MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut 06412
Counsel for plaintiffs William Wilson,
Paul Pagliaro and Linda Johns

**Counsel for ChoicePoint:**

*[signature]*

Jeffrey A. Kent, Esq.
Anthony Taketa, Esq.
POINDEXTER & DOUTRE
624 S Grand Ave, Ste 2420
Los Angeles, California 90017-3325

*[signature]*

Laurie S. Fulton, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 624 South Grand Avenue, Suite 2420, Los Angeles, California 90017-3325.

On June 5, 2007, I served the foregoing document(s) described as STIPULATON FOR DISMISSAL OF ALL ACTIONS WITH PREJUDICE on the interested party(ies) in this action

[ ]     by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x]     by placing the [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows

SEE ATTACHED LIST

[x]     VIA FIRST CLASS MAIL

[ ]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[x]     As follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

[ ]     VIA FEDERAL EXPRESS as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for Federal Express delivery. Under that practice, it is delivered for pick-up by a Federal Express representative that day at our offices, with delivery fees paid or provided for, in an envelope designated by Federal Express.

[ ]     (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s):

[ ]     (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at Los Angeles, California.

ESTHER WILLIAMS  
Type or Print Name                           Signature

# SERVICE LIST
# IN RE CHOICEPOINT LITIGATION

### Harrington et al. v. ChoicePoint Inc.

| | |
|---|---|
| Matthew Righetti, Esq.<br>John Glugoski, Esq.<br>**RIGHETTI & WYNNE PC**<br>456 Montgomery Street, Suite 1400<br>San Francisco, California 94104 | Kevin J. McInerney, Esq.<br>Kelly McInerney, Esq.<br>Charles A. Jones, Esq.<br>**McINERNEY & JONES**<br>18124 Wedge Parkway, Suite 503<br>Reno, Nevada 89511 |

### Salladay et al. v. ChoicePoint Inc.

| | |
|---|---|
| Robert M. Bramson, Esq.<br>Daniel E. Birkhaeuser, Esq.<br>**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598 | Robert W. Mills, Esq.<br>Harry Shulman, Esq.<br>**THE MILLS LAW FIRM**<br>145 Marina Blvd.<br>San Rafael, California 94901-4224 |
| Michael A. Caddell, Esq.<br>John B. Schofield, Jr., Esq.<br>**CADDELL & CHAPMAN, P.C.**<br>The Park in Houston Center<br>1331 Lamar, Suite 1070<br>Houston, Texas 77010-3025 | Leonard A. Bennett, Esq.<br>Ian B. Lyngklip, Esq.<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>12515 Warwick Blvd., Suite 201<br>Newport News, Virginia 23606 |
| Deborah Zuckerman, Esq.<br>**AARP FOUNDATION LITIGATION**<br>601E Street NW<br>Washington, DC 20049 | Marc G. Reich, Esq.<br>**REICH RADCLIFFE LLP**<br>4675 MacArthur Court, Suite 550<br>Newport Beach, California 92660 |

### Cloy v. ChoicePoint Inc.

| | |
|---|---|
| Todd M. Schneider, Esq.<br>Joshua Konecky, Esq.<br>Elisa P. Laird, Esq.<br>**SCHNEIDER & WALLACE**<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104 | Laurence D. King, Esq.<br>**KAPLAN FOX & KILSHEIMER LLP**<br>555 Montgomery Street, Suite 1501<br>San Francisco, California 94111 |
| William J. Pinilis, Esq.<br>**PINILIS HALPERN, LLP**<br>237 South Street<br>Morristown, New Jersey 07960 | |

5

<u>Wilson et al. v. ChoicePoint Inc.</u>

| | |
|---|---|
| Thomas D. Mauriello, Esq.<br>**LAW OFFICES OF**<br>**THOMAS D. MAURIELLO**<br>501 N. El Camino Real, Suite 220<br>San Clemente, California 92672 | Natalie Finkelman Bennett, Esq.<br>**SHEPHERD FINKELMAN**<br>**MILLER AND SHAH**<br>35 East State Street<br>Media, Pennsylvania 19063 |
| Patrick A. Klingman, Esq.<br>**SHEPHERD FINKELMAN**<br>**MILLER AND SHAH**<br>65 Main Street<br>Chester, Connecticut 06412 | Scott L. Bonder, Esq.<br>**FLEMING FRIED & BONDER**<br>Promenade II<br>1230 Peachtree Street, N E, Suite 3750<br>Atlanta, Georgia 30309 |
| Jill A. Pryor, Esq.<br>**BONDURANT MIXSON**<br>**& ELMORE, LLP**<br>3900 One Atlantic Center<br>1201 West Peachtree Street, NorthWest<br>Atlanta, Georgia 30309-3417 | |