**ORIGINAL**

FILED - WESTERN DIVISION
CLERK, U.S DISTRICT COURT
JUN 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2007 JUN -5 PM 3:29
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

CV05-1294-MRP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HARRINGTON, et al., | CASE NO. CV05 1294 MRP (JWJx) [Consolidated with Case Nos. CV05 01683, CV05 1993, CV05 2016; No. CV06 01870] |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING DISMISSAL OF ALL ACTIONS WITH PREJUDICE |
| CHOICEPOINT INC. et al., | |
| Defendants. | |
| WILLIAM WILSON, et al., | |
| Plaintiffs, | DOCKETED ON CM |
| v. | JUN - 7 2007 |
| CHOICEPOINT INC., | BY |
| Defendant. | |

The Court, having considered the Stipulation for Dismissal of All Actions with Prejudice, hereby orders the dismissal of all of the above-referenced actions with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: June 7, 2007

HONORABLE MARIANA R. PFAELZER
JUDGE OF THE U. S. DISTRICT COURT

1

(PROPOSED) ORDER GRANTING DISMISSAL OF ALL ACTIONS WITH PREJUDICE
CV 05 1294 MRP (JWJx)



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 624 South Grand Avenue, Suite 2420, Los Angeles, California 90017-3325.

On June 5, 2007, I served the foregoing document(s) described as (PROPOSED) ORDER GRANTING DISMISSAL OF ALL ACTIONS WITH PREJUDICE on the interested party(ies) in this action

[ ]  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x]  by placing the [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows

SEE ATTACHED LIST

[x]  VIA FIRST CLASS MAIL

[ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[x]  As follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

[ ]  VIA FEDERAL EXPRESS as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for Federal Express delivery. Under that practice, it is delivered for pick-up by a Federal Express representative that day at our offices, with delivery fees paid or provided for, in an envelope designated by Federal Express.

[ ]  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s):

[ ]  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at Los Angeles, California.

__ESTHER WILLIAMS__  /s/ Esther Williams
Type or Print Name                Signature

# SERVICE LIST
# IN RE CHOICEPOINT LITIGATION

## Harrington et al. v. ChoicePoint Inc.

Matthew Righetti, Esq.
John Glugoski, Esq.
**RIGHETTI & WYNNE PC**
456 Montgomery Street, Suite 1400
San Francisco, California 94104

Kevin J. McInerney, Esq.
Kelly McInerney, Esq.
Charles A. Jones, Esq.
**McINERNEY & JONES**
18124 Wedge Parkway, Suite 503
Reno, Nevada 89511

## Salladay et al. v. ChoicePoint Inc.

Robert M. Bramson, Esq.
Daniel E. Birkhaeuser, Esq.
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598

Robert W. Mills, Esq.
Harry Shulman, Esq.
**THE MILLS LAW FIRM**
145 Marina Blvd.
San Rafael, California 94901-4224

Michael A. Caddell, Esq.
John B. Schofield, Jr., Esq.
**CADDELL & CHAPMAN, P.C.**
The Park in Houston Center
1331 Lamar, Suite 1070
Houston, Texas 77010-3025

Leonard A. Bennett, Esq.
Ian B. Lyngklip, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**
12515 Warwick Blvd., Suite 201
Newport News, Virginia 23606

Deborah Zuckerman, Esq.
**AARP FOUNDATION LITIGATION**
601E Street NW
Washington, DC 20049

Marc G. Reich, Esq.
**REICH RADCLIFFE LLP**
4675 MacArthur Court, Suite 550
Newport Beach, California 92660

## Cloy v. ChoicePoint Inc.

Todd M. Schneider, Esq.
Joshua Konecky, Esq.
Elisa P. Laird, Esq.
**SCHNEIDER & WALLACE**
180 Montgomery Street, Suite 2000
San Francisco, California 94104

Laurence D. King, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
555 Montgomery Street, Suite 1501
San Francisco, California 94111

William J. Pinilis, Esq.
**PINILIS HALPERN, LLP**
237 South Street
Morristown, New Jersey 07960

## Wilson et al. v. ChoicePoint Inc.

| | |
|---|---|
| Thomas D. Mauriello, Esq.<br>**LAW OFFICES OF**<br>**THOMAS D. MAURIELLO**<br>501 N. El Camino Real, Suite 220<br>San Clemente, California 92672 | Natalie Finkelman Bennett, Esq.<br>**SHEPHERD FINKELMAN**<br>**MILLER AND SHAH**<br>35 East State Street<br>Media, Pennsylvania 19063 |
| Patrick A. Klingman, Esq.<br>**SHEPHERD FINKELMAN**<br>**MILLER AND SHAH**<br>65 Main Street<br>Chester, Connecticut 06412 | Scott L. Bonder, Esq.<br>**FLEMING FRIED & BONDER**<br>Promenade II<br>1230 Peachtree Street, N E, Suite 3750<br>Atlanta, Georgia 30309 |
| Jill A. Pryor, Esq.<br>**BONDURANT MIXSON**<br>**& ELMORE, LLP**<br>3900 One Atlantic Center<br>1201 West Peachtree Street, NorthWest<br>Atlanta, Georgia 30309-3417 | |